RAUL ANTONIO REYES CRESPO
Name

1101 East 3rd Street
Mailing address

Anchorage AK 99501
City, State, Zip

907-277-1731 ext 115
Telephone

or

RECEIVED

MAR 1 6 2018

CLERK, U.S, DISTRICT
COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

RAUL ANTONIO REYES CRESPO ,
(Enter full name of plaintiff in this action)

Plaintiff,

vs.

Anchorage Gospel Rescue Mission
STAFF ,

,

(Enter full names of defendant(s) in this action.
Do NOT use *et al.*)

Defendant(s).

Case No. _____
(To be supplied by Court)

**COMPLAINT UNDER
THE CIVIL RIGHTS ACT
42 U.S.C. § 1983**

**(NON-PRISONERS)**

## A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you assert jurisdiction under any different or additional authorities, please list them below:

_____

## B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of RAUL ANTONIO REYES CRESPO ,
(print your name)

who presently resides at 1101 East 3rd Street ,
(mailing address)

were violated by the actions of the individual(s) named below.

2. <u>Defendants</u> (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, _Anchorage Gospel Rescue Mission_ STAFF is a citizen of
(name)
_ALASKA_ _____, and is employed as a _____ Staff member _____.
(state)                                        (defendant's government position/title)

_____This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**

_X_ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2, _____ is a citizen of
(name)
_____, and is employed as a _____.
(state)                                        (defendant's government position/title)

_____This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**

_____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3, _____ is a citizen of
(name)
_____, and is employed as a _____.
(state)                                        (defendant's government position/title)

_____This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**

_____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).


**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

Case 3:18-cv-00076-SLG   Document 1   Filed 03/16/18   Page 2 of 7

Claim 1: On or about ___March 1st, 2018___, my civil right to
(Date)
___Free Speech___

(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List only one violation.)

was violated by ___Anchorage Gospel Rescue Mission STAFF___
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 1. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 1.):

The STAFF members at the Anchorage Gospel Rescue Mission Staff Support in this shelter located at 2823 East Tudor Road Anchorage Alaska 95507 they where apparently disoriented when they used a hearsay Commentary to slander or tarnish my personal reputation in the community of Anchorage. They put me on a one year or 12 months suspension and this damages my Well-being in my community; causes harm to my Unemployment condition and makes even harder my options to apply for jobs.

Hearsay based on something they 'believed' to have heard from me.

<u>Claim 2</u>: On or about _____, my civil right to
(Date)

_____
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and<br>unusual punishment, etc.  List **only one** violation.)

was violated by _____
(Name of the specific Defendant who violated this right)

<u>Supporting Facts</u> (Briefly describe facts you consider important to Claim 2.  State what happened briefly and clearly, in your own words.  Do not cite legal authority or argument.  Describe exactly what each defendant, by name, did to violate the right alleged in Claim 2.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Case 3:18-cv-00076-SLG   Document 1   Filed 03/16/18   Page 4 of 7

Claim 3: On or about _____, my civil right to

(Date)

_____
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc.  List **only one** violation.)

was violated by _____

(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 3.  State what happened briefly and clearly, in your own words.  Do not cite legal authority or argument.  Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**D. Previous Lawsuits**

*1.* Have you begun other lawsuits in **state or federal court** dealing with the **same facts** involved in this action, **or otherwise relating to your imprisonment**? _____ Yes _____ No

2. If your answer is "Yes," describe each lawsuit.

a. <u>Lawsuit 1</u>:

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

Docket number:_____ Name of judge:_____

Approximate date case was filed: _____ Date of final decision: _____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised:_____

b. <u>Lawsuit 2</u>:

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

Docket number:_____ Name of judge:_____

Approximate date case was filed: _____ Date of final decision: _____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised:_____

**F. Request for Relief**

Plaintiff requests that this Court grant the following relief:

1. Damages in the amount of $_____

2. Punitive damages in the amount of $ _100,000.00_

3. An order requiring defendant(s) to _Stop harrassment_

4. A declaration that _no harm shall be expressed_

5. Other: _Towards my children._

Plaintiff demands a trial by jury. __X__ Yes _____ No

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff
in the above action, that s/he has read the above civil rights complaint and
that the information contained in the complaint is true and correct.

Executed at _Anchorage_ on _3-16-2018._
                 (Location)                     (Date)

_____
(Plaintiff's Original Signature)

_____  _____
Original Signature of Attorney (if any)           (Date)

_____

_____

_____
Attorney's Address and Telephone Number